# First District Court of Appeal
## State of Florida

_____

No. 1D2022-1097
_____

TRACI GROSVENOR,

Appellant,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

Appellee.

_____


On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

February 6, 2024


PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and B.L. THOMAS and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Traci Grosvenor, pro se, Appellant.

Rana Wallace, General Counsel, Mark Hiers, Deputy General Counsel, Florida Commission on Offender Review, Tallahassee, for Appellee.